UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES ROBINSON,
    Plaintiff,

vs.                                      Case No.:  3:22-cv-20805/LAC/ZCB

DONALD LEAVINS, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on February 13, 2023.  (Doc. 26).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 26) is adopted and incorporated by reference in this order.

2.    The plaintiff's "Motion for Preliminary Injunctive Restraining Order" (Doc. 8) and motion for "Restraining Order" (Doc. 14) is **DENIED**.

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 27th day of February, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**